IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JIMMY CATES                                                              PLAINTIFF

v.                      NO. 4:23-cv-00941-PSH

MARTIN O'MALLEY, Acting Commissioner                DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for respondent Martin O'Malley.

IT IS SO ORDERED this 11th day of April, 2024.

_____
UNITED STATES MAGISTRATE JUDGE